UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DISABILITY RIGHTS NEW YORK,

                Plaintiff,        **Case No. 7:16-cv-003396-KMK**

    -against-                          **ORDER FOR**
                                                **PRELIMINARY INJUNCTION**

FERNCLIFF MANOR FOR
THE RETARDED, INC. D/B/A S.A.I.L.
AT FERNCLIFF MANOR, and
WILLIAM J. SAICH, in his official
capacity as Executive Director of
FERNCLIFF MANOR FOR
THE RETARDED, INC. D/B/A
S.A.I.L. AT FERNCLIFF MANOR,

                Defendants.

---------------------------------------------------------------x

The Motion of Plaintiff for the issuance of a preliminary injunction against Ferncliff Manor for the Retarded, Inc. d/b/a S.A.I.L. at Ferncliff Manor, and William J. Saich, in his official capacity as Executive Director of Ferncliff Manor for the Retarded, Inc. d/b/a S.A.I.L. at Ferncliff Manor, the Defendants in the above-entitled action, came on to be heard by the court, with Anastasia Holoboff, Cliff Zucker, Jonathan Garvin, and Jennifer Monthie appearing as attorneys for Plaintiff and _____ appearing as attorney for Defendants; and the matter having been fully heard and submitted; and it appearing that good cause exists for issuance of the requested preliminary injunction, in that the Plaintiff has established it has the federal authority to access the records, contact information, and physical location access requested for the purpose of monitoring and investigating incidents of abuse and

neglect reported to Plaintiff, and Plaintiff will suffer irreparable harm if such motion is denied.

Therefore it is

ORDERED that:

1. The Motion of Plaintiff for a preliminary injunction is GRANTED;

2. Defendants are hereby restrained from denying Plaintiff access, within three business days, to all records, contact information, and physical access to the Defendants' locations as requested by Plaintiff on March 16, 2016; and

3. Plaintiff is not required to provide a bond.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Kenneth M. Karas
United States District Judge