UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

DISABILITY RIGHTS NEW YORK,

                Plaintiff,                   \_\_\_\_\_ Civ. _____ (   )

            -against-

                                             **AFFIDAVIT**

FERNCLIFF MANOR FOR
THE RETARDED, INC. D/B/A S.A.I.L.
AT FERNCLIFF MANOR, and
WILLIAM J. SAICH, in his official
capacity as Executive Director of
FERNCLIFF MANOR FOR
THE RETARDED, INC. D/B/A
S.A.I.L. AT FERNCLIFF MANOR,

                Defendants.

---------------------------------------------------------------------x

State of New York    )
                     )         ss.:
County of New York  )

Timothy A. Clune, Esq., being duly sworn, deposes and says:

1.     I am the Executive Director of Disability Rights New York (DRNY).

2.     I submit this affidavit in support of the Plaintiff's Order to Show Case.

3.     I am familiar with the facts and circumstances of this case based on a review of DRNY's files and conversations with staff.

4.     DRNY is a non-profit corporation organized under the laws of New York State.

5.      DRNY is the designated Protection and Advocacy System for individuals with disabilities in New York State as set forth in N.Y. Exec. Law § 558(b). See Exhibit 1, P&A Designation.

6.      Based on complaints DRNY received on September 8, and September 9, 2014, DRNY commenced an investigation of the allegations to protect individuals with disabilities at Ferncliff Manor for the Retarded Inc., d/b/a S.A.I.L. at Ferncliff Manor ("Ferncliff Manor").

7.      On June 23, 2015, DRNY released its report detailing the complaints received, the investigation conducted, and the findings from this preliminary investigation.  See Exhibit 2, DRNY Preliminary Investigation Public Report.

8.      DRNY determined that further investigation and monitoring of corrective actions was necessary to ensure that abuse and neglect did not continue and that corrective actions were effective.

9.      DRNY requested additional records, contact information, and access to Ferncliff Manor to complete its investigation and to conduct monitoring.

10.     Defendants have refused to release the records requested by DRNY.

11.     Defendants have refused to release the contact information requested by DRNY.

12.     Defendants have refused to permit DRNY access to its locations.

13.     Access to the Ferncliff Manor locations and its records and contact information is essential to DRNY's federal law mandate to investigate abuse and neglect complaints of individuals with disabilities and to monitor compliance with respect to the rights and safety of individuals with disabilities.

14.     As of the date of this affidavit, Defendants continue to refuse to provide DRNY with the records requested.

15. As of the date of this affidavit, Defendants continue to refuse to provide DRNY with the contact information requested.

16. As of the date of this affidavit, Defendants continue to refuse to provide access to Ferncliff Manor as requested to investigate complaints of abuse and neglect and to conduct monitoring.

17. DRNY is irreparably harmed because it has been and continues to be prevented from conducting a statutorily authorized investigation of reported abuse and neglect at Ferncliff Manor.

18. DRNY is irreparably harmed because it has been and continues to be prevented from monitoring individuals with disabilities, and ensuring that individuals with disabilities are free from abuse and neglect at Ferncliff Manor.

19. DRNY is irreparably harmed because it must now use its resources to bring this litigation to enforce its federal authority to conduct investigations and monitoring.

20. DRNY has not previously made an application for similar relief.

WHEREFORE, plaintiff's motion for a preliminary injunction should be granted in its entirety.

DATED:    Albany, New York

        May 5, 2016

        _____
        Timothy A. Clune, Esq.
        Bar Roll No. TC-1506

Sworn to before me this
5th day of May, 2016

_____
Notary Public

CLIFF ZUCKER
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Albany County, No. 4988836
Commission Expires November 18, 20_17_