# Exhibit 18

# DISABILITY RIGHTS NEW YORK

25 CHAPEL STREET, SUITE 1005
BROOKLYN, NEW YORK 11201
(518) 432-7861 (VOICE)
(518) 512-3448 (TTY)
(800) 993-8982 (TOLL FREE)
(718) 797-1161 (FAX)
MAIL@DISABILITYRIGHTSNY.ORG
WWW.DISABILITY-ADVOCATES.ORG

September 16, 2014

Jan Perlin, Associate Counsel
NYS Justice Center
161 Delaware Avenue
Delmar, NY 12054-1310

Dear Ms. Perlin:

Disability Rights New York (DRNY) has received multiple complaints that students and residents with disabilities who currently or formerly participated in programming at S.A.I.L. at Ferncliff Manor ("Ferncliff Manor") have been, and/or continue to be, subject to abuse and neglect as defined in 45 CFR §1386.19. DRNY has been informed that the Justice Center has conducted multiple investigations of Ferncliff Manor. As the designated federal Protection and Advocacy System for individuals with disabilities in New York State, DRNY has the authority to thoroughly investigate allegations of abuse and neglect occurring in any public or private entity that provides care, services, treatment, and/or habilitation to persons with disabilities, including residential schools approved by the New York State Education Department under Chapter 853 of the Laws of 1976.[1]

Because both of our organizations have resource limitations, I am seeking information about the Justice Center's response to these allegations to determine how DRNY can fulfill its obligations without duplicating your organization's efforts. Pursuant to 42 USC §10805, 45 CFR §1386.22, 42 CFR §51.4, and New York Public Officers Law §85, I am requesting the following information, via e-mail:

1.  The number of cases of abuse and neglect involving Ferncliff Manor which have been directly investigated by Justice Center staff, and of those:
    a.  The number of cases which have been founded.
    b.  The number of cases which have been unfounded.
    c.  The number of cases which are still under investigation.
    d.  The number of cases which do not fall within (a), (b), or (c) and the status of those allegations.

2.  The number of cases of abuse and neglect involving Ferncliff Manor which have been referred for investigation back to the agency that licenses and operates Ferncliff Manor, and of those:
    a.  The number of cases which have been founded.

---

[1] *See,* 45 CFR §1386.22; State of Conn. Office of Protection & Advocacy for Persons with Disabilities v. Hartford Board of Education, 464 F.3d 229 (2d Cir. 2006); *see also,* Disability Law Center of Alaska Inc. v. Anchorage School District, 581 F.3d 986 (9th Cir. 2009); Disability Rights Wisconsin v. State of Wisconsin Dept. of Public Instruction, 463 F.3d 719 (7th Cir. 2006).

PROVIDING PROTECTION & ADVOCACY AND CLIENT ASSISTANCE PROGRAM SERVICES TO PERSONS WITH DISABILITIES.

PERLIN, JAN
SEPTEMBER 16, 2014
PAGE 2 OF 2

     b. The number of cases which have been unfounded.

     c. The number of cases which are still under investigation.

     d. The number of cases which do not fall within (a), (b), or (c) and the status of those allegations.

     e. The number of cases in which the Justice Center accepted the findings of the investigation.

     f. The number of cases in which the Justice Center found deficiencies in the investigation requiring further investigation, and of those:

          i. The number in which further investigation was conducted by the agency which licenses or operates Ferncliff Manor.

          ii. The number in which further investigation was conducted by the Justice Center.

3. The number of allegations of abuse and neglect involving Ferncliff Manor which have been referred for criminal prosecution by the Justice Center, are being considered for criminal prosecution by the Justice Center, are currently being criminally prosecuted by the Justice Center, or have been referred to law enforcement officials outside the Justice Center.

4. The number of allegations of abuse and neglect involving Ferncliff Manor which were investigated by Commission on Quality Care and Advocacy for Persons with Disabilities (CQC-APD) staff, and their disposition.

If any or all of the requested information cannot be e-mailed to me, please inform me by e-mail of the portions that can be e-mailed and advise me of the cost of reproducing the remainder of the information requested. If my request requires clarification, please do not hesitate to contact me via e-mail or phone. Thank you very much for your prompt attention to this matter.

Sincerely,

Stefen R. Short, Esq.
Staff Attorney

cc:     Shain Neumeier, Esq.
        Staff Attorney (Pending New York Admission)

        Anastasia Holoboff
        Law Graduate

        Nancy A. Nowak
        CAP Advocate