# Exhibit 20

## Stefen Short

| | |
|---|---|
| **From:** | Benjamin Zelermyer <bzlaw@optonline.net> |
| **Sent:** | Tuesday, November 18, 2014 10:56 AM |
| **To:** | Stefen Short |
| **Subject:** | Re: ferncliff manor |

Stefen--

After consideration, we are going to try to produce the requested documents ourselves as expeditiously as we can. I expect we will forward them in batches, but we won't know the pace until we've completed the first few.

Please let me know whether you prefer hard copy or electronic versions of the redacted documents.

```
Benjamin (Jay) Zelermyer
Steinberg & Cavaliere, LLP
50 Main Street, 9th Floor
White Plains, NY 10606
Telephone: (914) 761-4200
Fax: (914) 761-4256
```

On 11/17/2014 2:57 PM, Stefen Short wrote:

> Jay:
>
> Here is the consent form we use.
>
> Thanks,
> Stefen
>
> Stefen Russell Short, Esq.
> Staff Attorney
> Disability Rights New York
> 25 Chapel St., Suite 1005
> Brooklyn, NY 11201
> P: (518) 432-7861
> C: (518) 937-4817
> F: (518) 427-6561
> TTY: (518) 512-3448
> stefen.short@disabilityrightsny.org
> www.disability-advocates.org
>
> This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.
>
> **From:** Benjamin Zelermyer [mailto:bzlaw@optonline.net]
> **Sent:** Monday, November 17, 2014 1:18 PM
> **To:** Stefen Short
> **Subject:** Re: ferncliff manor

1

Stefen--

Can you provide us with a sample of the form you use to request consent?

```
Benjamin (Jay) Zelermyer
Steinberg & Cavaliere, LLP
50 Main Street, 9th Floor
White Plains, NY 10606
Telephone: (914) 761-4200
Fax: (914) 761-4256
```
On 11/17/2014 9:26 AM, Stefen Short wrote:

> Jay:
>
> Thanks for your e-mail. I understand your logistical concerns. Perhaps Ferncliff can provide us with student documentation on a rolling basis? We are willing to accept a random sampling of ten student files per week. If divided over a business week, this would only require Ferncliff to redact two student files per day. Seemingly, this approach would address your concerns regarding your equipment and staff resources. If it is easier for Ferncliff, we can send you a formal request for directory information so that we can secure the requisite consent to review unredacted documents. However, we cannot accept a random sampling of students, or provide funding for a temporary office worker.
>
> Thanks,
> Stefen
>
> Stefen Russell Short, Esq.
> Staff Attorney
> Disability Rights New York
> 25 Chapel St., Suite 1005
> Brooklyn, NY 11201
> P: (518) 432-7861
> C: (518) 937-4817
> F: (518) 427-6561
> TTY: (518) 512-3448
> stefen.short@disabilityrightsny.org
> www.disability-advocates.org
>
> This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.
>
> **From:** Benjamin Zelermyer [mailto:bzlaw@optonline.net]
> **Sent:** Thursday, November 13, 2014 12:06 PM
> **To:** Stefen Short
> **Cc:** Anastasia Holoboff
> **Subject:** Re: ferncliff manor

Stefen--

Following up on our conversation the other day, Ferncliff is willing to share redacted documents. However, although you are only seeking records relating to current students, we are concerned about the burden this will place on an operation that has little or no margin for additional time-consuming tasks.

Including day students, Ferncliff now has a population of about 70. We estimate that their records (excluding medical records) average more than 25 pages of material, most of which contain student-identification information. This means we would be dealing with close to 2,000 pages of material.

For each of these, Ferncliff would be required to extract the relevant material; copy all pages containing identifying information; return the pages to the binder; black out identifying information on the copies; copy the blacked-out pages; and review the redacted copies to make sure no identifying information remains. The copying time alone--as much as 3,500 to 4,000 pages--will be substantial and will monopolize and overtax our equipment, which was not intended to serve this high-volume purpose.

We estimate that performing these tasks carefully could take an hour or more per student. One person working full time would need two weeks or more and Ferncliff cannot spare anyone for such a long period of time. Due to privacy constraints, we do not believe we can outsource this work. Even if we could, there is no money in Ferncliff's budget to cover the cost.

The alternatives that come to mind are (1) narrow your request to specific students; (2) a random sampling of a specific number of students (10 or fewer), or (3) provide funding for hiring a temporary office worker to handle incoming telephone calls and clerical work normally spread among several people who would be assigned to performing the retrieval, redaction and review functions.

Because you have not disclosed the purpose for which you have requested this material, other than in very general terms, it is difficult for us to ascertain a course that will serve your needs while not placing an unreasonable burden on Ferncliff's operations or taking time away from the staff's mission: serving the students' needs. Of course, we are willing to consider any suggestions you may have.

```
Benjamin (Jay) Zelermyer
Steinberg & Cavaliere, LLP
50 Main Street, 9th Floor
White Plains, NY 10606
Telephone: (914) 761-4200
Fax: (914) 761-4256
```

On 11/10/2014 4:56 PM, Stefen Short wrote:

Mr. Zelermyer:

As promised, I am getting back to you within seven business days to inform you of progress with our investigation of S.A.I.L. at Ferncliff Manor. We are still reviewing our notes and processing the information Ferncliff provided. Therefore, we are unable to supply you with a comprehensive report or letter at this time. In the meantime, we want to identify some of the areas of concern we are investigating and the next steps in our investigation.

First, we would like to extend our thanks to Ferncliff staff for its time and patience in answering our questions and aiding our investigation. We received several complaints about the physical layout of the educational and residential facilities and about the high risk of elopement, fire precautions, and the modular classroom settings. During our visit we observed that some of these concerns have been addressed by physical changes to the facility, such as the added fencing around the residential facility and relocating the educational campus to the St. Matthew's Church building. You also shared your proposed modification of the Ferncliff campus and assured us that any additional concerns about the age of the building would be addressed through this proposed plan. DRNY will be contacting the Office for Persons with Developmental Disabilities, the New York State Education Department, and the Office for Children and Family Services to discuss Ferncliff's proposal.

We also received complaints about the educational setting. Specifically, individuals identified concerns about placement, individualized education programs ("IEP"), functional behavioral assessments ("FBA") and behavioral intervention plans ("BIP"). We appreciate your transparency in discussing the educational programs that you operate. The conversations with staff were helpful and informative. We still have concerns regarding IEPs, FBAs, and BIPs, however.

Additionally, we received complaints about the residential facility, particularly regarding staffing, incident reporting, and behavior management, that were not resolved by our visit to the facility. The complaints related to the residence require further investigation.

In order to continue our investigation, we require access to Ferncliff student records, specifically (1) IEPs; (2) FBAs; (3) BIPs; (4) "Behavior Management Plans;" and (5) Quality Assurance Investigation Reports. As we are conscious of Ferncliff's logistical concerns and of completing our investigation in an efficient manner, we are willing to review redacted documents at this stage. If Ferncliff is willing to provide redacted documents, it will obviate our need to contact parents and/or guardians to obtain consent and will thus hasten our investigation. However, if you are unwilling to share redacted documents with us, we will proceed with drafting a formal request for unredeacted records. Please let us know whether you will be able to provide us with access to the redacted documents or whether a formal request should be drafted.

Thanks,

4

Stefen

Stefen Russell Short, Esq.
Staff Attorney
Disability Rights New York
25 Chapel St., Suite 1005
Brooklyn, NY 11201
P: (518) 432-7861
C: (518) 937-4817
F: (518) 427-6561
TTY: (518) 512-3448
stefen.short@disabilityrightsny.org
www.disability-advocates.org

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

---

**Total Control Panel**                                                                Login

To: stefen.short@disabilityrightsny.org          Remove this sender from my allow list
From: bzlaw@optonline.net

*You received this message because the sender is on your allow list.*